**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  1:06CR250**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MARIA TERESA CORDERO FLORES** | ) | |
| _____ | ) | |


**THIS MATTER** is before the Court on the Defendant's letter which the Court construes as a *pro se* notice of appeal.

Judgment was imposed in this case on June 13, 2007.  The letter from the Defendant is undated but was filed on July 6, 2007, outside the ten day time period within which a notice of appeal should have been filed. However, the Court finds, for the reasons stated in the motion, that good cause exists for extending the time within which to file the notice of appeal. **Fed. R. App. P. 4(b)(4) ("Upon a finding of . . . good cause, the district court may . . . extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed[.]").**

**IT IS, THEREFORE, ORDERED** that the Defendant's letter is hereby construed to be a notice of appeal and deemed timely filed.

Signed: July 20, 2007

Lacy H. Thornburg
United States District Judge